# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANTONIO WHITLOW,                  PLAINTIFF
ADC #160565

v.         4:18CV00038-BRW-JTK

WENDY KELLEY, et al.                DEFENDANTS

## ORDER

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, as Defendant Efrid is located there and the events complained of allegedly occurred there. See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, Hot Springs Division, in care of Judge Isaac C. Parker Federal Building, 30 South 6th Street, Fort Smith, AR 72901.

IT IS SO ORDERED this 18th day of January, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.